# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-3214
L.T. Case No. 2018-CA-008635

———————————————

MO BETTER FARMS, INC.,

    Appellant,

    v.

HUNTER D. WARREN,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Virginia Baker Norton, Judge.

Jason M. Azzarone, Jenifer S. Worley, and Kelly K. Neufville, of La Cava Jacobson & Goodis, P.A., Tampa, for Appellant.

Bryan S. Gowdy and Nicholas P. McNamara, of Creed & Gowdy, P.A., Jacksonville, and Patrick B. Sullivan, of Barnes Cohen & Sullivan, P.A., Kingsland, for Appellee.

October 14, 2025

PER CURIAM.

    AFFIRMED.

MAKAR, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____